1   Thomas P. Riley, SBN 194706
    LAW OFFICES OF THOMAS P. RILEY, P.C.
2   First Library Square
    1114 Fremont Ave.
3   South Pasadena, CA 91030
4
5   Tel:  626-799-9797
    Fax:  626-799-9795
6   TPRLAW@att.net
7
    Attorneys for Plaintiff
8   G & G Closed Circuit Events, LLC
9
                    UNITED STATES DISTRICT COURT
10                  CENTRAL DISTRICT OF CALIFORNIA
                         EASTERN DIVISION
11

| | |
|---|---|
| 12  G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> 13          Plaintiff, <br><br> 14 <br><br> 15     vs. <br><br> 16  EDMUND WAYNE LANG, et al., <br><br> 17          Defendants. <br> 18 | Case No. 5:20-cv-02048-WDK-JC <br><br> PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT <br><br> Date:  October 18, 2021 <br> Time:  10:00 a.m. <br> Place:  Courtroom 5C <br> Judge:  Honorable William D. Keller |

19   TO THE HONORABLE COURT, THE DEFENDANTS AND TO THEIR

20   ATTORNEYS OF RECORD:

21
22        PLEASE TAKE NOTICE that on October 18, 2021 at 10:00 a.m., or as soon

23   thereafter as this matter may be heard in Courtroom 5C of the United States

24   District Court, Central District of California, located at 350 West 1st Street, Los

25   Angeles, California 90012, Plaintiff G & G Closed Circuit Events, LLC, by and

26
27
28

through counsel, will present its Application for Default Judgment by the Court and against Defendants Edmund Wayne Lang, individually and d/b/a Rocky's New York Pizzeria and Jeane Marie Lang, individually and d/b/a Rocky's New York Pizzeria (hereinafter "Defendants").

1.    Default was entered against Defendants on August 25, 2021. (Dkt. No. 13).

2.    Defendants have never participated in this action.

3.    After the entry of default, Federal Rule of Civil Procedure 55(b) provides that default judgment may be entered by the Court upon application of the Plaintiff.  Fed.R.Civ.P. 55(b)(2).

4.    At the time and place of hearing, Plaintiff will present proof of the following matters:

a.    Defendants are not infants or incompetent persons, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003;

b.    Defendants have not appeared in this action;

c.    Notice of this Application for Default Judgment by the Court and related documents were served on the Defendants;

d.    Plaintiff is entitled to judgment against the Defendants on the claims pled in the complaint. To wit:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1)      By contract, Plaintiff paid for the proprietary rights to distribute the *Gennady Golovkin v. Sergiy Derevyanchenko Championship Fight Program,* telecast nationwide on Saturday, October 5, 2019 (hereinafter the "Program").

2)      With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, Defendants and/or their agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of its transmission at the address of the establishment doing business as Rocky's New York Pizzeria, a food and drink establishment operated by Defendants, and operating at 1919 East 4th Street, Ontario, CA 91764, as more fully detailed in the *Declaration of Affiants*.

3)      The unauthorized reception, interception and/or exhibition of the *Program* by the Defendants was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

4)      The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. § 605, *et seq.* and Title 47 U.S.C. § 553, *et seq.*

5)   By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendants tortiously obtained possession of the *Program* and wrongly converted same to their own use and benefit.

5.   Plaintiff seeks Judgment in its favor and against the Defendants for violations of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $4,250 and $22,000, respectively.

6.   Plaintiff also seeks damages for conversion in the amount of $850.00.

7.   By and through this Motion, Plaintiff also seeks recovery of attorneys' fees in the amount of $2,175.00, as provided pursuant to 47 U.S.C. § 605, *et seq.* and Local Rule 55-3, and Plaintiff requests that it be granted 14 days to submit its request for costs.

Dated:  September 8, 2021          /s/ *Thomas P. Riley*
                                  **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                  By:  Thomas P. Riley
                                  Attorneys for Plaintiff
                                  G & G Closed Circuit Events, LLC

**PROOF OF SERVICE**

1

2          I declare that:

3

4          I am employed in the County of Los Angeles, California. I am over the age
of eighteen years and not a party to the within cause; my business address is First

5    Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am
readily familiar with this law firm's practice for collection and processing of

6    correspondence/documents for mail in the ordinary course of business.

7          On September 8, 2021, I caused to serve the following document entitled:

8
   PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR
9    DEFAULT JUDGMENT BY THE COURT

10
          On all parties referenced by enclosing a true copy thereof in a sealed
11   envelope with postage prepaid and following ordinary business practices, said
envelope was addressed to:

12

13   Edmund Wayne Lang (Defendant)
Jeane Marie Lang (Defendant)
14   1919 E. 4th St.

15   Ontario, CA 91764

16
The fully sealed envelope with pre-paid postage was thereafter placed in our law
17   firm's outbound mail receptacle in order that this particular piece of mail could be
taken to the United States Post Office in South Pasadena, California later this day
18   by myself (or by another administrative assistant duly employed by our law firm).

19
          I declare under the penalty of perjury pursuant to the laws of the United
20   States that the foregoing is true and correct and that this declaration was executed

21   on September 8, 2021, at South Pasadena, California.

22

23   Dated:  September 8, 2021

                                           ISABELLA FERNANDEZ
24

25

26

27

28