JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND WAYNE LANG, et al.,**<br><br>Defendants. | Case No. ED CV 20-02048 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Edmund Wayne Lang, individually and d/b/a Rocky's New York Pizzeria, and Jeane Marie Lang, individually and d/b/a Rocky's New York Pizzeria, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Edmund Wayne Lang, individually and d/b/a Rocky's New York Pizzeria, and Jeane Marie Lang, individually and d/b/a Rocky's New York Pizzeria, as follows:

(a) defendants Edmund Wayne Lang, individually and d/b/a Rocky's New

York Pizzeria, and Jeane Marie Lang, individually and d/b/a Rocky's New York Pizzeria, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,500.00 in total damages plus attorneys' fees in the amount of $350.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: May 3, 2022

_____
William Keller
United States District Judge